IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JUDY A. EWALD, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3010-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The decision of the Administrative Law Judge is reversed and the Commissioner is directed to compute and award disability benefits to Plaintiff with an onset date of December 4, 1997.

Dated: September 14, 2006        PRIDGEN J. WATKINS
                                 Clerk

                                 /s/ des
                                 _____
                                 (By) Deputy Clerk